**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KENNETH J. SILVER and | : | CIVIL ACTION |
| JOSHUA VAUGHN | : | |
| | : | |
| v. | : | |
| | : | NO. 10-2326 |
| LA FITNESS INTERNATIONAL, LLC | : | |

## ORDER

AND NOW, this 12th day of September, 2011, it is hereby ORDERED as follows:

1. The case caption is AMENDED, as above, to the two Plaintiffs remaining.

2. Plaintiffs shall have thirty (30) days from the date of this Order to file a consolidated class action complaint consistent with the foregoing Memorandum.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-2326 Boeynaems v. LA Fitness\Boeynaems Order MTD.wpd