IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELISABETH BOEYNAEMS, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 10-2326 |
| LA FITNESS INTERNATIONAL, LLC | : | |

_____

| | | |
|---|---|---|
| JOSHUA VAUGHN | : | CIVIL ACTION |
| | | |
| v. | : | |
| | | |
| LA FITNESS INTERNATIONAL, LLC | : | NO. 11-2644 |

**O R D E R**

AND NOW, this 16th day of August, 2012, for the reasons stated in the foregoing Memorandum, Plaintiffs' Motion to Compel (ECF #52) is **GRANTED** in part and **DENIED** in part.

1.      Plaintiffs shall promptly communicate to Defendant what additional discovery they still reasonably need prior to the class certification hearing, limited to requests already made in this litigation.

2.      Within fourteen (14) days, Defendant shall respond giving an accurate estimate of Defendant's internal costs, as described in the foregoing Memorandum of searching for and providing this information to Plaintiffs.

3.      Within seven (7) days, Plaintiffs shall advise Defendant whether they are willing to advance the costs and if so, shall pay the amount specified by the Defendant to Defendant.

4.      Assuming the appropriate amounts are paid, Defendant shall provide the requested information as promptly as possible, but within thirty (30) days.

5.      Defendant shall promptly answer all outstanding interrogatories asking for identification of officers and managers, limited to those with supervisory responsibility concerning the issues in this case.

6.      Defendant shall promptly produce a privilege log of documents that Defendant has reviewed and are responsive to Plaintiffs' requests for discovery, but have been withheld from production on grounds of privilege, in whole or in part, as required by Rule 26(b)(5).

7.      The Court will have a pretrial conference on September 20, 2012 at 2 p.m. for resolution of any problems arising under this Order, or further rulings, and to set a final schedule for class action determination.  Each counsel may submit a list of topics for discussion, limited to three pages, sent to chambers two days prior to the conference.

BY THE COURT:

/s/ Michael M. Baylson

_____

MICHAEL M. BAYLSON, U.S.D.C.J.

O:\CIVIL 10\10-2326 Boeynaems v. LA Fitness\10cv2326;11cv2644 Order Discovery Fence.wpd